# UNITED STATES DISTRICT COURT
for the
**Middle** District of **Florida**

Division **Jacksonville**

Case No. **3:22-cv-811-MMH-PDB**
(to be filled in by the Clerk's Office)

Whitney Phillips

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Fort Family Investments

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)*   **X** Yes   ☐ No

FILED 2022 JUL 27 PM 1:13
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | WHITNEY PHILLIPS |
| Street Address | 3508 RUSTLEWOOD CT |
| City and County | MIDDLEBURG CLAY |
| State and Zip Code | FL 32068 |
| Telephone Number | 9045979221 |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

E-mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | FORT FAMILY INVESTMENTS |
| Job or Title *(if known)* | |
| Street Address | 8711 PERIMETER PARK BLDV STE 11 |
| City and County | Jacksonville Duval |
| State and Zip Code | Florida 32216 |
| Telephone Number | (904) 641-0018 |
| E-mail Address *(if known)* | |

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)*    WHITNEY PHILLIPS            , is a citizen of the

    State of *(name)*   FLORIDA            .

2. If the plaintiff is a corporation

    The plaintiff, *(name)*                                  , is incorporated

    under the laws of the State of *(name)*                              ,

    and has its principal place of business in the State of *(name)*

                .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)*                              , is a citizen of

    the State of *(name)*                              . Or is a citizen of

    *(foreign nation)*                  .

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

2. If the defendant is a corporation

The defendant, *(name)* FORT FAMILY INVESTMENTS, is incorporated under the laws of the State of *(name)* FLORIDA, and has its principal place of business in the State of *(name)* FLORIDA.

Or is incorporated under the laws of *(foreign nation)*,

and has its principal place of business in *(name)*.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$5,000,000.00 due to a breach in contract which caused a financial loss to Whitney Phillips and her business as well as public humiliation.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* WHITNEY PHILLIPS, and the defendant, *(name)* FORT FAMILY INVESTMENTS, made an agreement or contract on *(date)* 03/11/2021. The agreement or contract was *(oral or written)* WRITTEN. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

Whitney Phillips was authorized by Victoria Moneo, a regional sales manager for Fort Family Investments to obtain several units through her company to use for Airbnb, short term rentals and corporate stays. Whitney was allowed to list the units she obtained through the company on platforms such as airbnb, VRBO and other methods as long as she performed background checks on the guests and they signed the company handbook.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

The defendant failed to comply to the lease which states they are able to make changes to their policies and rules as long as it's not detrimental. They made a detrimental change on July 9th, 2021 when they took the minimum night stay from 1 night to a one week stay which made the investment unprofitable.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm requesting reimbursement of my entire investment which includes Rents Paid: $450,000 ,Furnishing of Units: $225,000.00, Utilities Paid: $28,000.00, Loss of potential Revenue: $756,000.00 , Reimbursement for loans taken out to try and maintain the adjustment to the contract: $65,000.00, reimbursement for having to move my business venture to another state total rents for start up: $34,000.00, Total Furniture invested again: $105,000.00.

I'm requesting $3,000,000.00 for emotional distress: Stress, Anxiety, Public humiliation, depression and suicidal thoughts.

I'm also requesting reimbursement for the financial opportunities I was declined due to them forcing the new policies, which includes a $250,000 offer from the Small Business Administration that would of helped me revive my business, and a $25,000 loan from bitty advance which I recently couldn't take due to the loan I took out for this investment going wrong.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/20/22

Signature of Plaintiff  *Whitney Phillips*

Printed Name of Plaintiff    Whitney Phillips

### B.   For Attorneys

Date of signing:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address